**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NICHOLAS VINCENT, II** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO. 24-1561** |
| | : | |
| **THOMAS JEFFERSON UNIVERSITY** | : | |

**O R D E R**

**AND NOW,** this 26th day of December, 2024, upon consideration of the oral motion for continuance, it is **ORDERED** that the **TELEPHONIC PRETRIAL CONFERENCE (RULE 16)** previously scheduled for January 3, 2025 is rescheduled to Friday, January 24, 2025 at 10:00 a.m. Counsel should use dial in 1-855-244-8681 and access code 2319 724 0035.

**Counsel shall follow Judge Schmehl's Policies and Procedures which can be found at www.paed.uscourts.gov.**

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**