**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NICHOLAS VINCENT, II** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO.  24-1561** |
| | : | |
| **THOMAS JEFFERSON UNIVERSITY** | : | |

**O R D E R**

AND NOW, this 27ᵗʰ day of January, 2025, following a telephonic Rule 16 conference call with counsel, **IT IS HEREBY ORDERED** that:

1.  All discovery shall be completed by July 24, 2025.
2.  A telephonic status conference shall be held on **Monday, April 14, 2025, at 11:00 a.m.** The dial-in number is 855-244-8681 and the access code is 2305 471 0245#.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**