IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS VINCENT, II,<br>　　　　　　　Plaintiff, | : <br> : <br> : | |
| v. | : | Civil No. 5:24-cv-01561-JLS |
| THOMAS JEFFERSON UNIVERSITY,<br>　　　　　　　Defendant. | : <br> : <br> : | |

## O R D E R

**AND NOW,** this 14th day of April, 2025, **IT IS HEREBY ORDERED** that a hearing on the preliminary approval of the parties' settlement shall be held on **Monday, May 19, 2025, at 1:30 p.m.**, at the Reading Station, the Gateway Building, 201 Penn Street, 5th Floor, Reading, Pa.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**