# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS VINCENT, II, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:24-cv-01561-JLS |
| | : | |
| THOMAS JEFFERSON UNIVERSITY, | : | |
|     Defendant. | : | |

## O R D E R

**AND NOW,** this 14th day of April, 2025, **IT IS HEREBY ORDERED** that the Defendant's Motion to Dismiss [Doc. 8] is **DENIED** without prejudice.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**